|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| HENRY ROBERT LISBEY, | CASE NO. 06CV1269 JM(RBB) |
|---|---|
| Plaintiff, | DISCREPANCY ORDER: ACCEPTING DOCUMENTS FOR FILING; DENYING MOTION FOR APPOINTMENT OF COUNSEL; GRANTING REQUEST FOR COPIES |
| vs. | |
| HANSBURR, et al., | |
| Defendant. | |

On or about April 23, 2007 the court received from Plaintiff a (1) motion to appoint counsel; (2) request for free copies of the docket in the present case; and (3) notice of change of address. The complaint in the present action was dismissed on September 13, 2006 with 45 days leave to amend. Plaintiff was removed the country on or about June 6, 2006 and has not filed an amended complaint or otherwise prosecuted this action.

Plaintiff's motion for appointment of counsel is denied. The Constitution provides no right to appointment of counsel in a civil case. See Lassiter v. Dept. of Social Services, 452 U.S. 18, 25 (1981). Under 28 U.S.C. § 1915(e)(1), however, district courts are granted discretion to appoint counsel for indigent persons under "exceptional circumstances." Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991). "A finding of exceptional circumstances requires an evaluation of both the 'likelihood of success on the merits and the ability of the plaintiff to articulate [his or her] claims pro se in light of the complexity of the legal issues involved.' Neither of these issues is dispositive and both must be viewed together before reaching a decision.'" Id. (quoting Wilborn v. Escalderon, 789

1  F.2d 1328, 1331 (9th Cir. 1986)). Here, it appears that Petitioner has a sufficient grasp of his case,
2  the legal issues involved, and is able to adequately articulate the basis of his petition. Under these
3  circumstances, the Court denies Plaintiff's request for appointment of counsel because it is not
4  warranted by the interests of justice. LaMere v. Risley, 827 F.2d 622, 626 (9th Cir. 1987).

5        In light of Plaintiff's representation that he has not received previous filings from the court,
6  the Clerk of Court is instructed to provide Plaintiff with a copy of this order, a copy of the docket in
7  this case, and a copy of this court's September 13, 2006 order dismissing the case.

8        Finally, the Clerk of Court is instructed to file the above identified motions in the docket and
9  to change Plaintiff's address to that listed in the most recent filings.

10       **IT IS SO ORDERED.**

11 DATED: April 25, 2007

12                                      Hon. Jeffrey T. Miller
13                                      United States District Judge

14 cc: All Parties